UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM GIL-LONDONO, | : | |
| Petitioner, | : | Civil No. 07-6051 (PGS) |
| v. | : | |
| MICHAEL B. MUKASEY, et al., | : | O R D E R |
| Respondents. | : | |

For the reasons set forth in this Court's Opinion, filed herewith,

IT IS ON THIS 23 day of May, 2008;

ORDERED that the petition is denied, in part; and it is further

ORDERED that within 30 days of the date of entry of this Order, Respondents shall show cause as to why the petition should not be granted as to Petitioner's claim regarding custody review; and it is further

ORDERED that Petitioner will have 30 days from the filing of Respondents' submission to reply to the submission; and it is further

ORDERED that the case shall remain open. Ordered that oral argument shall be conducted on July 2, 2008 at 12:00p.m.

PETER G. SHERIDAN
United States District Judge