**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700          (973)645-2700
Newark, NJ 07102

(973) 645-2835

June 23, 2008

Hon. Peter G. Sheridan
Judge, United States District Court
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    William Gil-Londono v. Michael B. Mukasey, et al.
            Civil Action No. 07-6051(PGS)

Dear Sir/Madam:

    Enclosed is a copy of the respondent's supplemental answer to the Petition for a Writ of Habeas Corpus. The same was electronically filed.

    Your Honor's Order of May 23, 2008 provided for a supplemental response to be filed within 30 days of its entry [that is by June 23, 2008]; and further provided for petitioner to have 30 days from respondents filing to reply [that is July 22, 2008]. The Order then provided for oral argument on July 2, 2008.

    It would seem that the date for argument needs to be adjusted to allow for the filing of the reply and its consideration by Your Honor. Additionally, the government respectfully requests that the Court reconsider the provision for oral argument in this matter. Petitioner is *Pro Se* and is detained[1] and the expense of transporting and guarding the prisoner will be considerable, and accordingly we most respectfully ask the Court to consider this matter on the papers filed.

---

[1] Petitioner uses his home address on filings.

SO ORDERED: *[signature] Peter Sheridan*
DATED: 7/2/08
Hearing set for 8/1/08 at 10:00 AM

I thank Your Honor for your consideration of this request.

           Respectfully submitted:

           CHRISTOPHER J. CHRISTIE
           United States Attorney

           /s/Neil R. Gallagher

      By: NEIL R. GALLAGHER
         Assistant U.S. Attorney

cc:
Clerk
U.S. District Court
U.S. Courthouse
Attn: Pro Se Unit
402 East State Street
Trenton, New Jersey 08608

William Gil-Londono
52 Laurie Road
Landing, New Jersey 07850

Alan Wolf, Esq.
DHS District Counsel