

**U.S. Department of Justice**

*United States Attorney
District of New Jersey*

---

970 Broad Street, Suite 700　　　　　　　　(973)645-2700
Newark, NJ 07102

(973) 645-2835

July 31, 2008

Hon. Peter G. Sheridan
Judge, United States District Court
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   William Gil-Londono v. Michael B. Mukasey, et al.
           Civil Action No. 07-6051(PGS)
           Hearing Scheduled for 10:00 am August 1, 2008

Dear Judge Sheridan:

    I write to advise the Court that there has been a significant development in this immigration habeas matter. I have just learned that *yesterday*, July 30, 2008, Judge Manahan in Morristown vacated a conviction of the petitioner, and that the petitioner has plead guilty to a different charge.

    This development may have a significant effect on the removal order that petitioner is detained under, and may also change his detention status and entitlement to bail and/or release, which would make this matter moot and obviate the need for the Court's further consideration. I ask the Court to postpone the hearing in this matter for one week so that I may confer with my client. I thank Your Honor for your consideration of this request.

*So Ordered
Hearing adjourned
to Sept 5th 2008
at 11:30 AM*

/s/ Peter Sheridan

Respectfully submitted:

CHRISTOPHER J. CHRISTIE
United States Attorney

By: /s/ Neil R. Gallagher
     NEIL R. GALLAGHER
     Assistant U.S. Attorney

cc:
Clerk

U.S. District Court
U.S. Courthouse
Attn: Pro Se Unit
402 East State Street
Trenton, New Jersey 08608

William Gil-Londono
52 Laurie Road
Landing, New Jersey 07850

Alan Wolf, Esq.
DHS District Counsel