Christopher J. Christie
United States Attorney
Neil R. Gallagher
Assistant U.S. Attorney
970 Broad Street, Room 702
Newark, New Jersey 07102
(973) 645-2835
Attorney for Respondents

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| William Gil-Londono, | : | Hon. Peter G. Sheridan |
| | : | Civil Action No. 07-6051(PGS) |
| Petitioner, | | |
| v. | : | Order Dismissing Petition |
| Michael B. Mukasey, et al., | : | |
| Respondents. | : | |

This matter being opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, (Neil R. Gallagher, Assistant United States Attorney appearing) and it appearing to the Court that the Petitioner was released from custody, and that this matter is now moot, and for good cause shown, it is on this 2 day of Aug , 2008

ORDERED that the within matter be and is hereby dismissed.

HON. PETER G. SHERIDAN
JUDGE, U.S. DISTRICT COURT

cc:
Clerk
U.S. District Court
U.S. Courthouse
Attn: Pro Se Unit
402 East State Street
Trenton, New Jersey 08608

William Gil-Londono
52 Laurie Road
Landing, New Jersey 07850

Jerard A. Gonzalez, Esq.
Meyner & Landis
One Gateway Center
Newark, New Jersey 07102

Rick Morel, Esq.
Via fax to 718-651-4902

Alan Wolf, Esq.
DHS District Counsel